The People of the State of New York ex rel. Envoy Apartments, Inc., Appellant, v. William Stanley Miller and Others, Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments of the City of New York, Respondents.— Order entered December 31, 1937, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Appeals from orders entered October 29, 1937, dismissed on the ground that those orders are not appealable. (See Place v. Hayward, 100 N. Y. 626; Pinchot v. New York Elevated Railroad Co., 49 App. Div. 356; Waltham Manufacturing Co. v. Brady, 67 id. 102.) Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [165 Misc. 943.]

In the Matter of the Application of Michael Sullivan, Petitioner, for an Order against Henry E. Bruckman, Chairman, and Others, as Members of the New York State Liquor Authority, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Jeanette Prisament, Respondent, v. Julius M. Rosenthal, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Max Krieger, Respondent, v. Thomas E. Murray, Jr., as Receiver of Interborough Rapid Transit Company, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Ultra Manufacturing Co., Inc., Appellant, v. Hardware Mutual Fire Insurance Company of Minnesota and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

The People of the State of New York, on the Complaint of Edward Deutsch, Respondent, v. Joseph Broadwin, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Abe J. David, Respondent, v. George Rosendale, as Substituted Trustee under a Deed of Trust Made by Robert H. Howard and Constance Kelly Howard, Dated November 12, 1926, Appellant. Frederic M. P. Pearse, Respondent, v. George Rosendale, as Substituted Trustee, etc., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Mae V. Locke, Respondent, v. Winfield P. Pembroke, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Arthur Seidl, Appellant, v. Frederick Martin Bob Burns, Bob Burns, Inc., Haik Kavookjian and Samuel Fishman, Respondents.— Judgment, so far as appealed from, and the order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

The People of the State of New York, Respondent, v. Benjamin Flowers, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.